JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY TURNER,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. CV 15-0020 KES<br><br>**J U D G M E N T** |

For the reasons stated in the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Social Security Commissioner denying benefits is AFFIRMED.

Dated: September 29, 2015

_____
KAREN E. SCOTT
United States Magistrate Judge